IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTHONY PELMORE
a natural living person Propria
Persona,

   Plaintiff,

   v.

PINESTATE MORTGAGE
CORPORATION, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:09-CV-2313-TWT

## ORDER

This is a pro se Truth-in-Lending Act action. It is before the Court on the Report and Recommendation [Doc. 22] of the Magistrate Judge recommending granting the Defendants' Motions to Dismiss [Doc. 9, 11, 18 & 19]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motions to Dismiss [Doc. 9, 11, 18 & 19] are GRANTED.

SO ORDERED, this 8 day of February, 2010.

                      /s/Thomas W. Thrash
                      THOMAS W. THRASH, JR.
                      United States District Judge